Ernest BIEHLER, by Elizabeth Biehler, his Guardian ad Litem, Plaintiff in Error, v. John Barton PAYNE, Director General, etc.. Defendant in Error. (Circuit Court of Appeals, Second Circuit. December 21, 1923.) No. 145. In Error to the District Court of the United States for the Western District of New York. Samuel Ginsburg and Mortimer L. Sullivan, both of Elmira, N. Y., for plaintiff in error. Frank Rumsey and Harold J. Adams, both of Buffalo, N. Y., for defendant in error. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.

---

W. M. BONNER, Plaintiff in Error, v. GENERAL AMERICAN TANK CAR CORPORATION. (Circuit Court of Appeals, Eighth Circuit. December 14, 1923.) No. 6400. In Error to the District Court of the United States for the Western District of Oklahoma. Edward Spiers, of Oklahoma City., Okl., for plaintiff in error. Frank Wells, D. I. Johnston, and James R. Keaton, all of Oklahoma City., Okl., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, per stipulation of parties.

---

BRICTSON MANUFACTURING CO., Petitioner, v. Ora S. SPILLMAN, Attorney General, etc. (Circuit Court of Appeals, Eighth Circuit. January 18, 1924.) No. 254. Petition for order to show cause why the respondent and others should not be punished as for contempt. Victor M. Petersen, of Minneapolis, Minn., for petitioner. O. S. Spillman, of Pierce, Neb., T. J. McGuire, F A. Mulfinger, and Robert J. Webb, all of Omaha, Neb., W. C. Fraser, of Minneapolis, Minn., and William Ritchie, Jr., of Omaha, Neb., for respondents.

PER CURIAM. Petition dismissed, with costs.

---

Otto CORDES et al., Plaintiffs in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December 11, 1923.) No. 6257. In Error to the District Court of the United States for the Distirct of Minnesota. James Manahan and Thomas V. Sullivan, both of St. Paul, Minn., for plaintiffs in error. Lafayette French, Jr., U. S. Atty., of St. Paul, Minn.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, under rule 17.

---

William F. DOERING, alias Whitey Doering, Plaintiff in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December. 20, 1923.) No. 6573. In Error to the District Court of the United States for the Eastern District of Missouri. Thomas B. Harvey, of St. Louis, Mo., for plaintiff in error. Allen Cury, U. S. Atty., of St. Louis, Mo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of counsel for plaintiff in error.